GEORGE S. INNIS, Administrator, *vs.* JOHN C. MAXWELL.

January 18, 1890.

Evidence *held* sufficient to sustain the verdict.

Action brought in the district court for Ramsey county by plaintiff, as administrator of the estate of Philip H. Greene, deceased, to recover $800, the value of services alleged to have been rendered defendant by Greene, in his lifetime, as a commission broker in the sale of 2,400 feet of pine lumber. At the trial before *Kelly*, J., plaintiff had a verdict of $685.75. The defendant appeals from an order refusing a new trial.

*T. R. Palmer,* for appellant.

*L. J. Dobner,* and *L. J. Van Fossen,* for respondent.

GILFILLAN, C. J. The evidence was sufficient to sustain the verdict. There is nothing deserving special mention in any other assignment of error. No one of them was well founded.

Order affirmed.